# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACR 10-269-AG |
| Date | December 15, 2011 |

Present: The Honorable **Andrew J. Guilford, U.S. District Judge**

Interpreter: None

| Lisa Bredahl | Denise Paddock | Greg Staples |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| CHARLES M. DAVIS | | X | X | Matthew Kohn | X | | X |

**Proceedings:** DEFENDANT CHARLES M. DAVIS' RENEWED APPLICATION FOR PRETRIAL BAIL RELEASE [DKT #51]

    Cause is called for hearing and counsel make their appearances. Brad Howard, FBI Special Agent, and Karin Storm, Pretrial Services Officer, are also present. Application for Pretrial Bail Release is argued and DENIED.

0 : 20

Initials of Deputy Clerk  lmb